IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

EDWARD-WILLIAM BANGE,

           *Plaintiff*,

vs.

PAUL D. POST, *et al.*,

           *Defendants.*

Case No. 11-1375-EFM

## MEMORANDUM AND ORDER

On June 1, 2012, this Court issued an Order to Show Cause in writing, on or before June 19, 2012, why service of the summons and complaint was not made in this case upon all defendants within 120 days of the filing of the complaint (November 30, 2011), and why the this action should not be dismissed in its entirety.  Plaintiff has not yet made such showing, although he does have until next week to do so.  Plaintiff has, however, presented to the clerk's office for filing a number of documents called Bills of Lading and such, which are not responsive to the Court's order and have no apparently discernable purpose or relevance to this matter.  Nearly three dozen of these incomprehensible documents have been filed, and the clerk's office has many, many more for filing.

Until such time, as ever, as Plaintiff responds to the Court's Show Cause Order, and the Court finds that Plaintiff has adequately shown cause why this case should not be dismissed, and in light of the large number of incoherent and irrelevant filings the Plaintiff has made and has

attempted to make in this case, the Plaintiff, Edward-Willilam Bange, is precluded from filing, without prior leave of this Court, any additional motions, pleadings, memorandums, responses, exhibits, or anything else whatsoever.  Any such document which Plaintiff seeks to file must first be presented to this Court for leave to file same, and absent the Court granting leave, shall not be filed.  The Court retains the authority to modify this Order as circumstances may require.

**IT IS SO ORDERED**.

Dated this 11th day of June, 2012.

ERIC F. MELGREN

UNITED STATES DISTRICT JUDGE